THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA      94903
Telephone:  415/674-8600
Facsimile:    415/674-9900

tfrankovich@disabilitieslaw.com

Attorneys for Plaintiffs
  MARSHALL LOSKOT
and YVONNE WILLIAMS,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT; and YVONNE WILLIAMS<br><br>    Plaintiffs,<br>v.<br><br>SUB STATION; DONALD GLEN RUSSELL; JULIE RENEE RUSSELL; MATTHEW BRUCE GALLAWAY; and JODY MARIE GALLAWAY,<br><br>    Defendants.<br>_____ | **CASE NO.2:14-cv-02285-MCE-CMK**<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.   The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.   *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: June 30, 2015　　　　　　　　　THOMAS E. FRANKOVICH
　　　　　　　　　　　　　　　　　　　　*A PROFESSIONAL LAW CORPORATION*


By: */s/ Thomas E. Frankovich*
　　　Thomas E Frankovich
Attorney for Plaintiffs MARSHALL LOSKOT; and YVONNE WILLIAMS


Dated: June 30, 2015　　　　　　　　　PRICE & BROWN

By:　/s/ Philip B. Price
　　　Philip B. Price
Attorney for Defendants SUB STATION; DONALD GLEN RUSSELL; JULIE RENEE RUSSELL; MATTHEW BRUCE GALLAWAY; and JODY MARIE GALLAWAY,

# ORDER

Pursuant to the parties signed stipulation, IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).   IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated:    July 6, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CASE NO. 2:14-cv-02285-MCE-CMK

-3-